# United States Court of Appeals

## For the Seventh Circuit

### Chicago, Illinois 60604

Date: March 29, 2005

By the Court:

No. 05-1583

UNITED STATES OF AMERICA,
                Plaintiff - Appellee
   v.

KERBY GROSS,
                Defendant - Appellant


Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 04 CR 280, David H. Coar, Judge

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF** filed on 3/28/05,

**IT IS ORDERED** that the motion is **GRANTED** and briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by 5/18/05.

2. The brief of the appellee is due by 6/17/05.

3. The reply brief of the appellant, if any, is due by 7/1/05.

NOTE:   Circuit Rule 31(e)(amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

(1026-032897)